IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15-00339-01-CR-W-BP |
| | ) | |
| CLARK H. HENSHAW, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION DENYING DEFENDANT'S MOTION TO SUPPRESS AND DENYING DEFENDANT'S MOTION TO SUPPRESS

Defendant has been indicted on one count each of receiving child pornography, distributing child pornography, and possessing child pornography. He filed a Motion to Suppress, (Doc. 20), arguing that evidence should be suppressed because (1) a warrant issued by a United States Magistrate Judge in the District of Maine was executed outside of Maine, (2) the warrant was not sufficiently particular, and (3) law enforcement failed to notify him of the search and seizure of data. On February 24, 2017, the Honorable Robert E. Larsen, United States Magistrate Judge for this District, issued a Report, (Doc. 36), recommending that the undersigned deny the Motion to Suppress.

A district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made," 28 U.S.C. § 636(b)(1), but neither party has objected to Judge Larsen's Report and Recommendation, and the time for doing so has passed. The Court agrees with the Court's analysis. Therefore, and given

the lack of an objection from the parties, the Court (1) adopts Judge Larsen's Report as the Order of the Court and (2) denies Defendant's Motion to Suppress.

**IT IS SO ORDERED.**

DATE: March _27_, 2016

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT